**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **INTERNATIONAL FIDELITY INSURANCE COMPANY** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:06CV156HTW-JCS** |
| **BURLINGTON INSURANCE COMPANY** | **DEFENDANT** |

## ORDER OF DISMISSAL

The Complaint for Declaratory Judgment is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

SO ORDERED, this the 31st day of January, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE